No. 292, Misc.   SIMONSON *v.* ROBINS, GOVERNOR OF IDAHO, ET AL.;

No. 293, Misc.   LANTZ *v.* KENNEDY; and

No. 295, Misc.   COPLON *v.* REEVES ET AL.   The motions for leave to file petitions for writs of mandamus are severally denied.   *Archibald Palmer* for petitioner in No. 295, Misc.   Petitioners *pro se* in Nos. 292 and 293, Misc.

*Certiorari Granted.*

No. 455.   AUTOMATIC RADIO MANUFACTURING Co., INC. *v.* HAZELTINE RESEARCH, INC.   C. A. 1st Cir.   Certiorari granted.   *Floyd H. Crews* and *George K. Woodworth* for petitioner.   *Miles D. Pillars, Philip F. LaFollette, Leonard A. Watson* and *Laurence B. Dodds* for respondent. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae,* supporting the petition.   ■■

*Certiorari Denied.*   *(See also No. 472 and Misc. Nos. 176 and 287, supra.)*

No. 426.   INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION No. 390, A. F. OF L., ET AL. *v.* WATSON, ATTORNEY GENERAL, ET AL.   Supreme Court of Florida.   Certiorari denied.   *J. Albert Woll, Herbert S. Thatcher, James A. Glenn, John C. Gramling* and *Warren E. Hall, Jr.* for petitioners.

No. 466.   STEVENS ET AL., DOING BUSINESS AS SLEET SHAVER MFG. Co., *v.* FEDERAL CARTRIDGE CORP., DOING BUSINESS AS TWIN CITIES ORDNANCE PLANT.   Supreme Court of Minnesota.   Certiorari denied.   *John M. Palmer* for petitioners. *Solicitor General Perlman, Assistant*